UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED- GR - COPY

April 2, 2007 1:47 PM

RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Luabeya Kapiamba,

     Plaintiff(s),

v.

     Case No. 2:07-cv-10258-NGE-SDP
     Hon. Nancy G Edmunds

Alberto Gonzales,

**1:07-cv-335**

     Defendant(s).

Gordon J. Quist - US District Judge
Hugh W. Brenneman  US Magistrate Judge

## NOTICE OF TRANSFER TO OTHER DISTRICT

TO: U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

  Enclosed are certified copies of the Order of Transfer and the docket sheet. The case record is electronic and can be viewed at our Court's Intranet website via the J-Net.

  Please acknowledge receipt of this record by returning a time-stamped copy of this notice to:

    Clerk's Office
    U.S. District Court for the Eastern District of Michigan
    231 W. Lafayette Blvd., 5th Floor
    Detroit, MI
    48226
    (313) 234-5005

FILED
APR - 4 2007
CLERK'S OFFICE
DETROIT

### Certification

  I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

           DAVID J. WEAVER, CLERK OF COURT

           By: s/ J. Creary
           Deputy Clerk

Dated: March 27, 2007